UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61268-CIV-ZLOCH

JOHN W. CARTER,

    Plaintiff,

vs.                                                                              O R D E R

ALFRED T. LAMBERTI, as Sheriff
of Broward County, and
JEFF POOLE,

    Defendants.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    ORDERED AND ADJUDGED that on or before <u>noon</u> <u>Friday, July 18, 2008</u>, Counsel for the Plaintiff and Counsel for Defendants are hereby directed to file a brief status report with the Clerk of this Court, reciting the following:

1. A short and plain statement of the nature of the claim and any counterclaim, cross-claim, or third-party claim, including the amount of damages claimed and any other relief sought.

2. Whether a Rule 26(f) Conference has taken place, and if so what transpired, including a statement in conformity with Local Rule 16.1.

3. The progress of all discovery and the estimated time needed to complete discovery.

4. An estimate of the number of days required to try this

case.

5. Any unique legal or factual aspects of the case requiring special consideration by the Court.

6. Status of any potential settlement.

7. Whether this is the appropriate venue for this action.

8. Such other matters as may aid the Court in the administration and disposition of this action.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of July, 2008.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record